UNITED STATES FIDELITY AND GUARANTY COMPANY, respondent,

*v.*

THE CITY OF NEWARK, appellant.

[Submitted March 24th, 1908. Decided June 15th, 1908.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 841.*

*Mr. Sherrerd Depue,* for the appellant.

· *Mr. Francis Child, Jr.,* and *Mr. Herbert Boggs,* for the respondent.

Affirmed June 15th, 1908.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.